✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

## APPEARANCE

Case Number: 07mj2616-01

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JONATHAN BARRAGAN-TAPIA

I certify that I am admitted to practice in this court.

11/13/2007
Date

/s/ KASHA K. POLLREISZ
Signature

Kasha K. Pollreisz-Federal Defenders of SD 204148
Print Name Bar Number

225 Broadway, Suite 900
Address

San Diego, CA 92101
City State Zip Code

(619) 234-8467 (619) 687-2666
Phone Number Fax Number