FILED

DEC - 6 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JONATHAN BARRAGAN-TAPIA (1), VICTOR MELENDREZ-FRANCO (2), Defendants. | Criminal Case No. 07CR3289-W<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Sec. 841(a)(1) - Possession of heroin with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |

The United States Attorney charges:

On or about November 2, 2007, within the Southern District of California, defendants JONATHAN BARRAGAN-TAPIA and VICTOR MELENDREZ-FRANCO, did knowingly and intentionally possess, with intent to distribute, approximately 422 grams of heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

DATED: 12/6/07.

KAREN P. HEWITT
United States Attorney

[signature] for

DAVID D. LESHNER
Assistant U.S. Attorney

DDL:rp:San Diego
11/27/07