AO 455 (Rev. 5/85) Waiver of Indictment

FILED

DEC - 6 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.

JONATHAN BARRAGAN-TAPIA

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR3289-W

I, JONATHAN BARRAGAN-TAPIA, the above-named defendant, who is accused of committing the following offense:

Possession of heroin with Intent to Distribute and Aiding and Abetting, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2 (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 12/6/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Barragan
Defendant

[signature]
Defense Counsel

Before [signature]
Judicial Officer