**KASHA K. POLLREISZ**
California State Bar No. 204148
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467, Ext. 3727
Facsimile: (619) 687-2666
Kasha_Pollreisz@fd.org

Attorneys for Mr. Barragan-Tapia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE THOMAS J. WHELAN**)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN BARRAGAN-TAPIA,<br><br>Defendant. | ) | CASE NO.07CR3289-TJW<br><br>DATE: February 11, 2008<br>TIME: 2:00 p.m.<br><br>NOTICE OF MOTIONS AND MOTIONS:<br><br>(1) TO COMPEL DISCOVERY/PRESERVE EVIDENCE;<br>(2) GRANT SEVERANCE OF CODEFENDANTS;<br>(3) AND; GRANT LEAVE TO FILE FURTHER MOTIONS |

**TO: KAREN P. HEWITT, ACTING UNITED STATES ATTORNEY, AND JOHN PARMLEY, ASSISTANT UNITED STATES ATTORNEY:**

PLEASE TAKE NOTICE that on February 11, 2008, at 2:00 p.m. or as soon thereafter as counsel may be heard, the defendant, Jonathan Barragan-Tapia, by and through his counsel, Kasha K. Pollreisz and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

//

**MOTIONS**

The defendant, Jonathan Barragan-Tapia, by and through his attorneys, Kasha K. Pollreisz and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) to compel discovery/preserve evidence;
2) grant severance; and
3) for leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

/s/ *Kasha K. Pollreisz*

Dated: January 30, 2008

**KASHA K. POLLREISZ**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Barragan-Tapia
Kasha_Pollreisz@fd.org