KAREN P. HEWITT
United States Attorney
JOHN N. PARMLEY
Assistant U.S. Attorney
California State Bar No. 178885
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6198/(619) 557-3445 (fax)
Email: john.parmley@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN BARRAGAN-TAPIA,<br><br>Defendant. | Criminal Case No. 07CR3289-W<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|

Please call me if you have any questions about this notice.

DATED: February 6, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ John N. Parmley

JOHN N. PARMLEY
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: john.parmley@usdoj.gov

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JONATHAN BARRAGAN-TAPIA,<br>Defendant. | ) | Criminal Case No. 07CR3289-W<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, John N. Parmley, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California 92101-8893.

I am not a party to the above-entitled action; and subsequent to filing with the Clerk of the Court, I electronically filed the foregoing with the Clerk of the District Court using its ECF System, which would then electronically notify the following ECF participant on this case:

Kasha Pollreisz (kasha_pollreisz@fd.org)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of February, 2008.

s/ John N. Parmley
JOHN N. PARMLEY