FILED
APR 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

08 APR 29 AM 8:28
CLERK, U.S. DISTRICT

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Jonathan Barragan-Tapia,

Defendant.

CASE NO. 07CR3289-W

BY: ECL DEPUTY

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 21 USC 841(a)(1); 18 USC 2.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/28/08

Thomas J. Whelan
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal
~~Judgement and Commitment~~ on 4/28/08

United States Marshal

By: ________
USMS Criminal Section